ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 03-CR-80981

v.

Hon. Nancy G. Edmunds

DAMONNE BRANTLEY,
    Defendant.

FILED
OCT 31 2014
CLERK'S OFFICE
DETROIT

Motion For Modification Or Reduction Of Sentence
Pursuant To 18 U.S.C. §3582(c)(2)

    I, Damonne Brantley, hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines, which reduces the DRUG QUANTITY TABLE §2D1.1(c) by two levels as to all Controlled Substances listed therein. Effective date of Amendment 782, is November 1, 2014. Amendment 782 has retroactive application November 1, 2015.

1. I am serving a term of imprisonment of 240 Months.
2. My total offense level based on drug quantity is 38.
3. My criminal history catagory is 2.
4. If granted a reduction based on Amendment 782 my adjusted offense level based on drug quantity would be level 36.
5. My projected release date is 4/18/2021.

1.

                                         Respectfully submitted

*/s/ Damonne Brantley*
Damonne Brantley

## Certificate Of Service

I, **Damonne Brantley**, swear under penalty of perjury that I have mailed a copy of the foregoing motion to the following parties: <u>United States Attorney's Office, 211 W. Fort Street Suite 2001, Detroit, Michigan. 48226</u>

_____, this **28th** day of **October** 20**14**.

(28 U.S.C. §1746)

*/s/ Damonne Brantley*
Damonne Brantley

Address

Damone Brantley
Reg. No. 53156-019
Federal Correctional Institution
P.O. Box 1000
Milan, MIchigan. 48160

2.

<sub>2:03-cr-80981-NGE Doc # 254 Filed 10/31/14 Pg 3 of 4 Pg ID 1052</sub>

Damonne Brantley
#53156-019
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160



FILED
OCT 31 2014
CLERK'S OFFICE
DETROIT

METROPLEX
30 OCT 2014

53156-019
Theodore Levin Courthouse
231 W Lafayette BLVD
Clerk Office
Detroit, MI 48226
United States

48226277758