UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 03-80981-01

v.                                    Honorable Nancy G. Edmunds

DAMONNE BRANTLEY,

        Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR
## EARLY TERMINATION OF SUPERVISED RELEASE [274]

In May 2005, Defendant Damonne Brantley pled guilty to participating in a continuing criminal drug enterprise and conspiring to launder money. (ECF No. 184.) He was sentenced to a twenty-year term of imprisonment to be followed by three years of supervised release. (ECF No. 197.) On December 10, 2020, Defendant was released from prison and began his term of supervision. He first moved for early termination of supervised release on January 25, 2022. (ECF No. 272.) This Court denied Defendant's motion on February 4, 2022, explaining that supervised release serves an important role and that Defendant's circumstances did not warrant early termination of the non-custodial portion of his sentence. (ECF No. 273.) Defendant now moves, for the second time, for early termination of supervised release. (ECF No. 274.)

"Early termination of supervised release is a discretionary decision that is only warranted in cases where the defendant shows changed circumstances-such as exceptionally good behavior." *United States v. Atkin*, 38 F. App'x 196, 198 (6th Cir. 2002). Defendant's motion, although brought through counsel, is comprised of a mere three

1

sentences—none of which include any argument as to why Defendant's present circumstances warrant a change in his sentence. *See United States v. Krul*, 774 F.3d 371, 374 (6th Cir. 2014) ("Supervised release is part of a sentence"). Thus, Defendant falls far short of showing the exceptional circumstances necessary to grant the present motion, especially given that the Court denied Defendant's more thorough motion filed just last year. (*See* ECF Nos. 272, 273.)

Accordingly, Defendant's second motion for early termination of supervised release (ECF No. 274) is **DENIED**.

**SO ORDERED**.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 28, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 28, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager